**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

Lake Buena Vista Investments, LLC,

Debtor.

_____/

Chapter 11
Case No: 6:25-bk-06768-GER

**Related Claim No. 1**

### NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE THAT** on December 15, 2025, Wilmington Trust, National Association, as Trustee, on behalf of the registered Holders of BMO 2022-C1 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2022-C1 and the Uncertificated VRR Interest Owner ("Secured Lender") filed Claim No. 1 (the "Claim") in the above-captioned case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Secured Lender, by and through its undersigned counsel, requests that the Claim be withdrawn.

**PLEASE TAKE FURTHER NOTICE THAT** (a) no objection to the Claim has been filed, (b) Secured Lender is not a defendant in an adversary proceeding in the Bankruptcy Case, and (c) no plan of reorganization has been filed in the Bankruptcy Case, nor has Secured Lender otherwise meaningfully participated in the Bankruptcy Case. Consequently, Secured Lender respectfully requests that no order of the court is necessary.

[*The remainder of this page is left blank intentionally.*]

Dated: December 16, 2025

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Phillip M. Hudson*
Phillip M. Hudson III, Esq., FBN 518743
Morgan L. Swing, Esq., FBN 17092
201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Tel: (305) 960-2273
Fax: (305) 960-2201
PMHudson@duanemorris.com
MLSwing@duanemorris.com

Marcus O. Colabianchi, Esq. (admitted *pro hac vice*)
CA Bar No. 208698)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957-3101
Fax: (415) 723-7402
MColabianchi@duanemorris.com

Brad Lenox, Esq. (admitted *pro hac vice*)
NY Bar No. 5787031
22 Vanderbilt
335 Madison Ave., 23rd Floor
New York, NY 10017-4669
Tel: (212) 692-1094
Fax: (215) 754-4694
BLenox@duanemorris.com

*Counsel to Secured Lender*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 16, 2025, a true and correct copy of the foregoing has

been served through the Court's CM/ECF system to all registered CM/ECF recipients.

*/s/ Phillip M. Hudson*
Phillip M. Hudson III, Esq., FBN 518743
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Tel: (305) 960-2273
Fax: (305) 960-2201
PMHudson@duanemorris.com