UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

                                                    Case No. 6:25-bk-06768-GER

Lake Buena Vista Investments, LLC

                                                    Chapter 11

          Debtor.

_____/

**NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

Aaron A. Wernick, Esq. and Wernick Law, PLLC, counsel for the Debtor ("Applicant") has filed an interim application for compensation in the amount of $110,160.40 and reimbursement of expenses in the amount of $2,075.26, for a total allowance of $112,235.66 (Dkt. No. 61) (the "Application"). A copy of the Application may be viewed on the case docket, or by request to Applicant at (561) 961-0922, or awernick@wernicklaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at George C. Young Federal Courthouse, 400 W Washington Street, Suite 5100, Orlando, Florida 32801 within twenty-one (21) days from the date of the proof of service below, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

Wernick Law, PLLC
Counsel for the Debtor
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922

By: /s/ *Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Final Application for Compensation and Opportunity to Object and Request a Hearing was furnished on this 18th day of February 2026, by either the Court's CM/ECF electronic mail system or by U.S. Mail to all parties listed on the Court's attached matrix.

*/s/ Aaron A. Wernick*
*Aaron A. Wernick*

flmbke_6_25-bk-06768_creditors

| Creditor | |
|---|---|
| 29 Grados ORL LBV, LP, 5555 San Felipe Street, Suite 1135, Houston, TX 77056 | |
| 29 Grados ORL, LBV, LP, 8350 International Drive, Orlando, FL 32819 | |
| Amano McGann, Inc, 2740 Arthur St, Roseville, MN 55113 | |
| Century Plan C/o Marie C. Freeman, 13770 Noel Rd, Suite 80004, Dallas, TX 75240 | |
| CSFL Associates LLC, 303 W Lancaster Ave, Suite 290, Wayne, PA 19087 | |
| CWCapital Asset Management LLC, 900 19th NW, Suite 800, Washington, DC 20006 | |
| DBR Investments Co. Limited, 1 Columbus Circle, 15th Floor, New York, NY, FL 60661 | |
| Duke Energy, P.O. Box 1094, Charlotte, NC 28201-1094 | |
| Florida Restaurant Franchise Group XI LP, 5621 Strand Blvd, Suite 202, Naples, FL 34110 | |
| Florida Restaurant Franchise Group XI, LP, c/o David M. Stahl, Esq., 1801 North Military Trail, Suite 200, Boca Raton, FL 33431 | |
| Frederick Burgess, 85 Marina Drive, Weston, FL 33327 | |
| Gas South, P.O. Box 530552, Atlanta, GA 30353-0552 | |
| Gator Soup, LLC, 15951 SW 41st Street Suite 800, Fort Lauderdale, FL 33331 | |
| GF Hotels & Resorts, c/o Jennifer Reynolds, 1628 John F Kennedy, 8 Penn Center, 23rd Floor, Philadelphia, PA 19103 | |
| Holiday Hospitality Franchising, LLC, c/o Alston & Bird LLP, Attn: Leib Lerner, 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071 | |
| IGH Hotels and Resorts, 3 Ravinia Drive, Suite 100, Atlanta, GA 30346 | |
| Jack Flechner, 13131 South 19th Street, Fort Lauderdale, FL 33325 | |
| KeyBank Real Estate Capital, 11501 Outlook Street, Suite 300, Overland Park, KS 66211 | |
| Morgan L. Swing, Esq., Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131 | |
| Morgan L. Swing, Esq., Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131 | Duplicate |
| Orange County Clerk of Courts, 425 N Orange Ave, Orlando, FL 32801 | |
| Orange County Tax Collector, 6050 Wooden Pine Dr, Suite 100, Orlando, FL 32829 | |
| Orange County Utilities, 9150 Curry Ford Road, Orlando, FL 32825-7600 | |
| Pangea Mortgage Capital, LLC, 549 West Randolph St, 2nd Floor, Chicago, IL 60661 | |
| Phillip M. Hudson III, Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131 | |
| Phillip M. Hudson III, Esq., Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131 | Duplicate |
| TECO, P.O. Box 31318, Tampa, FL 3361-3318 | |
| Twin Peaks, LLC, 12353 Winter Garden Vineland Road, Orlando, FL 32836 | |
| U.S Securities & Exchange Commission, 950 E Paces Ferry Road NE, Suite 900, Atlanta, GA 30326 | |
| US Attorney Office, Attn: Civil Process Clerk, 400 W Washington Street, Suite 3100, Orlando, FL 32801 | |
| William James Evans, 3695 Cumberland Boulevard, Suite 1445, Atlanta, GA 30339 | |
| Wilmington Trust, NA as Trustee, 1100 North Market Street, Wilmington, DE 19890 | |
| Wilmington Trust, NA as Trustee, 180 E Broad Street, Columbus, OH 43215 | |