UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

                               Case No. 6:25-bk-06768-GER

Lake Buena Vista Investments, LLC

                                 Chapter 11

     Debtor.

_____/

## **NOTICE OF FILING OF UPDATED BUDGET**

    Lake Buena Vista Investments, LLC, by through and undersigned counsel, hereby

files the following document:

-   *Updated Budget for period of April to June 2026*

Dated: March 10, 2026

                             Respectfully submitted,

                             Wernick Law, PLLC
                             *Counsel for the Debtor*
                             2255 Glades Road, Suite 324A
                             Boca Raton, Florida 33431
                             (561) 961-0922

                             By: */s/Hayley G. Harrison*
                             Hayley G. Harrison, Esq.
                             Florida Bar No.: 150157
                             hharrison@wernicklaw.com

**Lake Buena Vista Investments**

| Budget | Apr | May | June | 2nd Quarter |
|---|---|---|---|---|
| **STATISTICS** | 30 | 31 | 30 | 30 |
| Rev. Occupancy % | 69.77% | 70.99% | 75.61% | 72.11% |
| Average Room Rate | $ 102.00 | $ 92.41 | $ 90.52 | $ 94.82 |
| REVPAR $ | $ 71.17 | $ 65.61 | $ 68.45 | $ 68.38 |
| Occupied Rooms | 3412 | 3587 | 3698 | 10697 |
| Rooms Available | 4890 | 5053 | 4890 | 14833 |
| **REVENUE** | | | | |
| Rooms | 348,006 | 331,509 | 334,714 | 1,014,229 |
| Market Revenue | 3,500 | 3,500 | 3,500 | 10,500 |
| Other Revenue | 5,458 | 5,458 | 5,458 | 16,375 |
| Destination Fee | 23,883 | 25,111 | 25,883 | 74,876 |
| Parking Revenue | 30,706 | 32,285 | 33,278 | 96,269 |
| **TOTAL GROSS REVENUE** | **411,553** | **397,864** | **402,833** | **1,212,249** |
| | | | | |
| **DEPARTMENT EXPENSE** | | | | |
| Rooms Department | 102,196 | 105,956 | 107,108 | 315,260 |
| Telephone Department | 2,178 | 2,205 | 2,221 | 6,604 |
| Market Cost | 1,575 | 1,575 | 1,575 | 4,725 |
| Other Departments | 500 | 500 | 500 | 1,500 |
| **TOTAL DEPARTMENT EXPENSE** | **105,949** | **109,735** | **110,905** | **326,589** |
| | | | | |
| **TOTAL DEPARTMENTAL INCOME** | **305,604** | **288,128** | **291,928** | **885,660** |
| | - | - | - | |
| Administration & General | 31,745 | 31,286 | 31,453 | 94,484 |
| Advertising & Sales | 31,925 | 31,340 | 31,454 | 94,719 |
| Repairs & Maintenance | 21,928 | 21,928 | 21,928 | 65,785 |
| Utilities | 16,035 | 16,860 | 17,378 | 50,274 |
| Franchise Fees | 27,840 | 26,521 | 26,777 | 81,138 |
| | - | - | - | |
| **TOTAL OPERATING EXPENSE** | **129,475** | **127,935** | **128,990** | **386,400** |
| | | | | |
| **GROSS OPERATING PROFIT** | **176,129** | **160,193** | **162,938** | **499,260** |
| House Profit % of Rev. | 42.80% | 40.26% | 40.45% | 41.18% |
| Management Fee | 10,289 | 9,947 | 10,071 | 30,306 |
| | | | | |
| **INCOME BEFORE FIXED** | **165,840** | **150,246** | **152,867** | **468,954** |
| Flow Thru % of Rev | 40.30% | 37.76% | 37.95% | 38.68% |
| Insurance | 29,000.00 | 29,000.00 | 29,000.00 | 87,000.00 |
| Taxes | 32,000.00 | 32,000.00 | 32,000.00 | 96,000.00 |
| **TOTAL FIXED CHARGES** | **61,000** | **61,000** | **61,000** | **183,000** |
| | | | | |
| **EBITDA** | **104,840** | **89,246** | **91,867** | **285,954** |
| | 25.47% | 22.43% | 22.81% | 23.59% |
| Interest Exp. | 108,000 | 108,000 | 108,000 | 324,000 |
| Principal Exp | - | - | - | - |
| **Total Interest** | - | - | - | - |
| Depreciation - Building | $0 | $0 | $0 | $0 |
| Depreciation - Furn/Fix | - | - | - | - |
| Amortization | - | - | - | - |
| Depreciation - Vehicles | - | - | - | - |
| Amort - Loan Fee | - | - | - | - |
| Amort. - Organization | - | - | - | - |
| Amort - Preopening | - | - | - | - |
| Franchise Costs | - | - | - | - |
| **Total Deprec. & Amort.** | - | - | - | - |
| FF&E Reserve | 16,462 | 15,915 | 16,113 | 48,490 |
| Property Taxe | - | - | - | - |
| Partnership Expenses | - | - | - | - |
| Twin Peaks Rental Income | | | | - |
| Professional Fee | 60,000 | 60,000 | 60,000 | 180,000 |
| Lease Expense | 1,100 | 1,100 | 1,100 | 3,300 |
| **Total Other Expenses** | 40,039 | 39,491 | 39,690 | **119,220** |
| | - | - | - | - |
| **Net Income (Loss)** | 64,802 | 49,755 | 52,177 | **166,734** |
| | | | | |
| | 24.73% | 26.22% | 25.99% | 25.64% |
| Payroll Costs | 101,757 | 104,306 | 104,698 | 310,761 |
| Credit Card Commission | 13,787 | 13,328 | 13,495 | 40,610 |