UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

                                                          Case No. 6:25-bk-06768-GER

Lake Buena Vista Investments, LLC

                                                          Chapter 11

          Debtor.

_____/

**NOTICE OF WITHDRAWAL OF MOTION TO APPROVE STIPULATION
AND COMPROMISECONTROVERSY BETWEEN DEBTOR AND
29 GRADOS ORL LBV, LP (DKT. NO. 81)**

Lake Buena Vista Investments, LLC ("LBV" or the "Debtor"), by and through undersigned counsel, hereby withdraws the *Motion to Approve Stipulation and Compromise Controversy Between Debtor and 29 Grados ORL LBV, LP* (Dkt. No. 81).

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to all parties registered through CM/ECF.

Dated: March 25, 2026

                                        Respectfully submitted,

                                        Wernick Law, PLLC
                                        *Counsel for the Debtor*
                                        2255 Glades Road, Suite 324A
                                        Boca Raton, Florida 33431
                                        (561) 961-0922

                                        By: */s/Aaron A. Wernick*
                                        Aaron A. Wernick, Esq.
                                        Florida Bar No.: 14059
                                        awernick@wernicklaw.com