UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CHAPTER 11

LAKE BUENA VISTA INVESTMENTS, LLC,          Case No.:  6:25-bk-06768-GER

      Debtor.

_____/

**NOTICE OF APPEARANCE,
REQUEST FOR NOTICE AND RESERVATION OF RIGHTS**

Please take notice that the undersigned attorney appears for 29 Grados ORL LBV, LP,  and

pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and §1109(b) of the Bankruptcy Code,

requests that all notices given or required to be given in this case, and all papers served or required

to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE NOTICE this request includes not only the notices and papers referred to

in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other

orders and notices of application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted by or conveyed by

mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or

otherwise that affects or seeks to affect in any way any rights or interests of the 29 Grados ORL

LBV, LP or requires or seeks to require any act, delivery of any property, payment, or other

conduct by the 29 Grados ORL LBV, LP.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance,

pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1)

right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after

de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this

85986970;1

case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which 29 Grados ORL LBV, LP is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated: March 26, 2026.                             Respectfully submitted,

**AKERMAN LLP**

*s/ D. Brett Marks*
**D. Brett Marks, Esq.**
Florida Bar No. 099635
brett.marks@akerman.com
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 463-2700
Fax: (954) 463-2224

Counsel for 29 Grados ORL LBV, LP

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true copy of the foregoing was furnished by CM/ECF this 26th day of March 2026 to all parties receiving electronic service via CM/ECF in this case and by U.S. Mail, first-class, postage paid to Hayley Gerson Harrison, Esq. and Aaron A. Wernick, Esq., Wernick Law PLLC, 2255 Glades Road, Suite 324A, Boca Raton, FL 33431 and Lake Buena Vista Investments, LLC, ATTN: Jack Flechner, Manager, 15951 SW 41st Street, Suite 800, Fort Lauderdale, FL 33331.

By:    */s/ D. Brett Marks*
D. Brett Marks, Esquire

2