**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

Lake Buena Vista Investments, LLC,

     Debtor.

_____/

Case No:  6:25-bk-06768-GER

Chapter 11

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David Stahl and the law firm of Cozen O'Connor hereby enters an appearance as counsel for Florida Restaurant Franchise Group XI, LP ("FRFG XI"), creditor and party-in-interest in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 (the "Bankruptcy Rules") Cozen O'Connor hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone number, and email address indicated below:

     David M. Stahl
     Florida Bar No. 84713
     **COZEN O'CONNOR**
     1801 N. Military Trail, Suite 200
     Boca Raton, Florida 33431
     P: 305-397-0807
     dstahl@cozen.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests,

applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above-captioned case or Florida Restaurant Franchise Group XI, LP.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Florida Restaurant Franchise Group XI, LP, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Florida Restaurant Franchise Group XI, LP expressly reserves.

Dated:  April 20, 2026

Respectfully submitted,

By:___ */s/ David M. Stahl*_____
David M. Stahl / Florida Bar No. 84713
dstahl@cozen.com
**COZEN O'CONNOR**
1801 N. Military Trail, Suite 200
Boca Raton, Florida 33431
Telephone. (305) 397-0807

Attorneys for Florida Restaurant Franchise
Group XI, LP

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of this NOTICE OF APPEARANCE has been furnished electronically to all filing users through the CM/ECF filing system this 20th day of April, 2026.

        /s/ *David M. Stahl*
        David M. Stahl