UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

                                 Case No. 6:25-bk-06768-GER

Lake Buena Vista Investments, LLC

                                   Chapter 11

       Debtor.

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.     The Honorable Judge Robson will conduct a preliminary hearing in this case on May 21, 2026, at 10:30 A.M. in Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street on the following matter:

**Motion to Approve Compromise of Controversy or Settlement Agreement. (Between Debtor and 29 Grados ORL LBV, LP) Contains negative notice (Dkt. No. 84)**

2.     All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

3.     Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.     The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## <u>Certificate of Service</u>

I HEREBY CERTIFY that on April 22, 2026 a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or electronic transmission to all parties receiving CM/ECF notice and on the attached mailing matrix.

<u>*/s/ Aaron A. Wernick*</u>
Aaron A. Wernick, Esq.

Florida Bar No. 14059

Wernick Law, PLLC
*Counsel for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922
awernick@wernicklaw.com

Bankr.M.D.Fla._6-25-bk-06768_creditor_matrix

| | | | | | | Reason for Strikethrough |
|---|---|---|---|---|---|---|
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | c/o Brett Marks, Esq., & Esther McKean, | Akerman LLP | 420 S. Orange Ave., Suite 1200 | Orlando, FL 32801 | Served via CMECF |
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | c/o D. Brett Marks Esq. & Esther McKean | Akerman LLP | 201 East Los Olas Boulevard, Suite 1800 | Fort Lauderdale, FL 33301 | Served via CMECF |
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | c/o Brett Marks Esq. & Esther McKean Esq | Akerman LLP | 420 S. Orange Ave., Suite 1200 | Orlando, FL 32801 | |
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | 5555 San Felipe Street | Suite 1135 | Houston, TX 77056 | | |
| 6:25-bk-06768-GER | 6:25-bk-06768 | 29 Grados ORL, LBV, LP | 8350 International Drive | Orlando, FL 32819 | | |
| 6:25-bk-06768-GER | Aaron A Wernick | Wernick Law, PLLC | 2255 Glades Rd | Ste 324a | Boca Raton, FL 33431 | Served via CMECF |
| 6:25-bk-06768-GER | Amano McGann, Inc | 2740 Arthur St | Roseville, MN 55113 | | | |
| 6:25-bk-06768-GER | Case Number:  6:25-bk-06768 | | | | | Incomplete Address |
| 6:25-bk-06768-GER | Century Plan C/o Marie C. Freeman | 13770 Noel Rd | Suite 80004 | Dallas, TX 75240 | | |
| 6:25-bk-06768-GER | CSFL Associates LLC | 303 W Lancaster Ave | Suite 290 | Wayne, PA 19087 | | |
| 6:25-bk-06768-GER | CWCapital Asset Management LLC | 900 19th NW | Suite 800 | Washington, DC 20006 | | |
| 6:25-bk-06768-GER | DBR Investments Co. Limited | 1 Columbus Circle | 15th Floor | New York, NY, FL 60661 | | |
| 6:25-bk-06768-GER | Duke Energy | P.O. Box 1094 | Charlotte, NC 28201-1094 | | | |
| 6:25-bk-06768-GER | Florida Restaurant Franchise Group XI LP | 5621 Strand Blvd | Suite 202 | Naples, FL 34110 | | |
| 6:25-bk-06768-GER | Florida Restaurant Franchise Group XI, LP | c/o David M. Stahl, Esq. | 1801 North Military Trail, Suite 200 | Boca Raton, FL 33431 | | |
| 6:25-bk-06768-GER | Frederick Burgess | 85 Marina Drive | Weston, FL 33327 | | | |
| 6:25-bk-06768-GER | Gas South | P.O. Box 530552 | Atlanta, GA 30353-0552 | | | |
| 6:25-bk-06768-GER | Gator Soup, LLC | 15951 SW 41st Street Suite 800 | Fort Lauderdale, FL 33331 | | | Duplicate |
| 6:25-bk-06768-GER | GF Hotels & Resorts | c/o Jennifer Reynolds | 1628 John F Kennedy | 8 Penn Center, 23rd Floor | Philadelphia, PA 19103 | |
| 6:25-bk-06768-GER | Hayley Gerson Harrison | Wernick Law PLLC | 2255 Glades Road | Ste 324a | Boca Raton, FL 33431 | Duplicate |
| 6:25-bk-06768-GER | Holiday Hospitality Franchising, LLC | c/o Alston & Bird LLP, Attn: Leib Lerner | 350 South Grand Avenue, 51st Floor | Los Angeles, CA 90071 | | |
| 6:25-bk-06768-GER | IGH Hotels and Resorts | 3 Ravinia Drive | Suite 100 | Atlanta, GA 30346 | | |
| 6:25-bk-06768-GER | Jack Flechner | 13131 South 19th Street | Fort Lauderdale, FL 33325 | | | |
| 6:25-bk-06768-GER | KeyBank Real Estate Capital | 11501 Outlook Street | Suite 300 | Overland Park, KS 66211 | | |
| 6:25-bk-06768-GER | Lake Buena Vista Investments, LLC | 1900 N. Commerce Pkwy. | Weston, FL 33326 | | | |
| 6:25-bk-06768-GER | Morgan L. Swing, Esq. | Duane Morris LLP | 201 S. Biscayne Blvd., Suite 3400 | Miami, FL 33131 | | Served via CMECF |
| 6:25-bk-06768-GER | Orange County Clerk of Courts | 425 N Orange Ave | Orlando, FL 32801 | | | |
| 6:25-bk-06768-GER | Orange County Tax Collector | 6050 Wooden Pine Dr | Suite 100 | Orlando, FL 32829 | | |
| 6:25-bk-06768-GER | Orange County Utilities | 9150 Curry Ford Road | Orlando, FL 32825-7600 | | | |
| 6:25-bk-06768-GER | Pangea Mortgage Capital, LLC | 100 N Riverside Plaza | Suite 1800 | Chicago, IL 60601 | | |
| 6:25-bk-06768-GER | Phillip M. Hudson III | Duane Morris LLP | 201 S. Biscayne Blvd., Suite 3400 | Miami, FL 33131 | | Duplicate |
| 6:25-bk-06768-GER | Phillip M. Hudson III, Esq. | Duane Morris LLP | 201 S. Biscayne Blvd., Suite 3400 | Miami, FL 33131 | | Duplicate |
| 6:25-bk-06768-GER | TECO | P.O. Box 31318 | Tampa, FL 3361-3318 | | | |
| 6:25-bk-06768-GER | Twin Peaks, LLC | 12353 Winter Garden Vineland Road | Orlando, FL 32836 | | | |
| 6:25-bk-06768-GER | U.S Securities & Exchange Commission | 950 E Paces Ferry Road NE | Suite 900 | Atlanta, GA 30326 | | |
| 6:25-bk-06768-GER | United States Trustee - ORL | Office of the United States Trustee | George C Young Federal Building | 400 West Washington Street, Suite 1100 | Orlando, FL 32801 | Served via CM/ECF |
| 6:25-bk-06768-GER | US Attorney Office | Attn: Civil Process Clerk | 400 W Washington Street | Suite 3100 | Orlando, FL 32801 | Served via CM/ECF |
| 6:25-bk-06768-GER | William James Evans | 3306 Westshore Drive | Cumming, Georgia 30041 | | | |
| 6:25-bk-06768-GER | Wilmington Trust, NA as Trustee | 1100 North Market Street | Wilmington, DE 19890 | | | |
| 6:25-bk-06768-GER | Wilmington Trust, NA as Trustee | 180 E Broad Street | Columbus, OH 43215 | | | |
| 6:25-bk-06768-GER | Wilmington Trust, National Association, as T | | | | | Incomplete Address |