**ORDERED.**

**Dated: May 11, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

                                         Case No. 6:25-bk-06768-GER

Lake Buena Vista Investments, LLC

                                         Chapter 11

        Debtor.

_____/

## ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY JACK TAIT AND JLL VALUATION & ADVISORY SERVICES, LLC AS APPRAISER

THIS CASE came on before the Court on negative notice pursuant to Local Rule 2002-4 upon the *Application to Employ Jack Tait and JLL Valuation & Advisory Services, LLC as Appraiser* (Dkt. No. 96) (the "Application") filed by Debtor Lake Buena Vista Investments, LLC ("Debtor"), and the Declaration of Jack Tait and JLL Valuation & Advisory Services, LLC, as Appraiser (the "Declaration"), attached to the Application.

The Application requests entry of an order approving the Debtor's employment

of Jack Tait and JLL Valuation & Advisory Services, LLC (the "Appraiser") as appraiser in this Chapter 11 case. The Court has jurisdiction over the matter raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, the estate, and the creditors. The Declaration makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016. The Declaration contains a verified statement as required by Bankruptcy Rule 2014, demonstrating that Appraiser is disinterested as required by 11 U.S.C. § 327(a). Pursuant to 11 U.S.C. § 327(a) and Bankruptcy Rule 2014(a), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Accordingly, it is **ORDERED**:

1. The Application is **APPROVED**.

2. The employment of Appraiser is approved pursuant to 11 U.S.C. § 327(a) on a final basis.

3. The employment of Appraiser by Debtor shall be effective as of the date of entry of this Order.

4. The flat fee of $5,900.00 is approved and may be paid without further need for application and order. Appraiser shall apply for compensation and reimbursement of costs for fees and expenses not covered as part of the flat fee pursuant, to 11 U.S.C. §§ 330 and 331, at its ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on

behalf of the Debtor.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**###**

*Attorney Aaron A. Wernick is directed to serve a copy of this order on interested parties who did not receive service by CM/ECF and file a proof of service within three days of entry of this order.*

3