UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

Lake Buena Vista Investments, LLC

Debtor.
_____/

Case No. 6:25-bk-06768-GER

Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Application to Employ/Retain Brian Biggs of Jack Tait and Jill Valuation & Advisory Services, LLC as Appraiser (Related Doc # [96])* (Dkt. No. 106) was sent to the following parties on the date and in the manner so stated:

**Via CM/ECF on 5/12/2026 to the following parties:**

Audrey M Aleskovsky on behalf of U.S. Trustee United States Trustee - ORL | Audrey.M.Aleskovsky@usdoj.gov

Marcus Colabianchi, Phillip M Hudson, III and Morgan L Swing on behalf of Creditor Wilmington Trust, National Association, as Trustee, on behalf of the registered Holders of BMO 2022-C1 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2022-C1 and the Uncertificated | mcolabianchi@duanemorris.com, pmhudson@duanemorris.com, gagosto@duanemorris.com, mlswing@duanemorris.com, AutoDocketMIA@duanemorris.com, phillip-hudson-3544@ecf.pacerpro.com

D. Brett Marks and Esther A McKean on behalf of Interested Party 29 Grados ORL LBV, LP | brett.marks@akerman.com, charlene.cerda@akerman.com, esther.mckean@akerman.com

David Stahl on behalf of Creditor Florida Restaurant Franchise Group XI, LP | dstahl@cozen.com

United States Trustee – ORL | USTP.Region21.OR.ECF@usdoj.gov

**Via U.S. Mail to all parties listed on the attached list of creditors on 5/12/2026.**

**Via courtesy email to Appraiser, Jack Tait (jack.tait@jll.com) on 5/12/2026.**

Dated: May 12, 2026

Respectfully submitted,

Wernick Law, PLLC
*Counsel for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922

By: /s/ *Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com

Bankr.M.D.Fla._6-25-bk-06768_creditor_matrix

| Case | Name | Address 1 | Address 2 | Address 3 | Address 4 | Reason for Strikethrough |
|---|---|---|---|---|---|---|
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | c/o Brett Marks, Esq., & Esther McKean, | Akerman LLP | 420 S. Orange Ave., Suite 1200 | Orlando, FL 32801 | Served via CMECF |
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | c/o D. Brett Marks Esq. & Esther McKean | Akerman LLP | 201 East Los Olas Boulevard, Suite 1800 | Fort Lauderdale, FL 33301 | Served via CMECF |
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | c/o Brett Marks Esq. & Esther McKean Esq | Akerman LLP | 420 S. Orange Ave., Suite 1200 | Orlando, FL 32801 | |
| 6:25-bk-06768-GER | 29 Grados ORL LBV, LP | 5555 San Felipe Street | Suite 1135 | Houston, TX 77056 | | |
| 6:25-bk-06768-GER | 6:25-bk-06768 | 29 Grados ORL, LBV, LP | 8350 International Drive | Orlando, FL 32819 | | |
| 6:25-bk-06768-GER | Aaron A Wernick | Wernick Law, PLLC | 2255 Glades Rd | Ste 324a | Boca Raton, FL 33431 | Served via CMECF |
| 6:25-bk-06768-GER | Amano McGann, Inc | 2740 Arthur St | Roseville, MN 55113 | | | |
| 6:25-bk-06768-GER | Case Number: 6:25-bk-06768 | | | | | Incomplete Address |
| 6:25-bk-06768-GER | Century Plan C/o Marie C. Freeman | 13770 Noel Rd | Suite 80004 | Dallas, TX 75240 | | |
| 6:25-bk-06768-GER | CSFL Associates LLC | 303 W Lancaster Ave | Suite 290 | Wayne, PA 19087 | | |
| 6:25-bk-06768-GER | CWCapital Asset Management LLC | 900 19th NW | Suite 800 | Washington, DC 20006 | | |
| 6:25-bk-06768-GER | DBR Investments Co. Limited | 1 Columbus Circle | 15th Floor | New York, NY, FL 60661 | | |
| 6:25-bk-06768-GER | Duke Energy | P.O. Box 1094 | Charlotte, NC 28201-1094 | | | |
| 6:25-bk-06768-GER | Florida Restaurant Franchise Group XI LP | 5621 Strand Blvd | Suite 202 | Naples, FL 34110 | | |
| 6:25-bk-06768-GER | Florida Restaurant Franchise Group XI, LP | c/o David M. Stahl, Esq. | 1801 North Military Trail, Suite 200 | Boca Raton, FL 33431 | | |
| 6:25-bk-06768-GER | Frederick Burgess | 85 Marina Drive | Weston, FL 33327 | | | |
| 6:25-bk-06768-GER | Gas South | P.O. Box 530552 | Atlanta, GA 30353-0552 | | | |
| 6:25-bk-06768-GER | Gator Soup, LLC | 15951 SW 41st Street Suite 800 | Fort Lauderdale, FL 33331 | | | Duplicate |
| 6:25-bk-06768-GER | GF Hotels & Resorts | c/o Jennifer Reynolds | 1628 John F Kennedy | 8 Penn Center, 23rd Floor | Philadelphia, PA 19103 | |
| 6:25-bk-06768-GER | Hayley Gerson Harrison | Wernick Law PLLC | 2255 Glades Road | Ste 324a | Boca Raton, FL 33431 | Duplicate |
| 6:25-bk-06768-GER | Holiday Hospitality Franchising, LLC | c/o Alston & Bird LLP, Attn: Leib Lerner | 350 South Grand Avenue, 51st Floor | Los Angeles, CA 90071 | | |
| 6:25-bk-06768-GER | IGH Hotels and Resorts | 3 Ravinia Drive | Suite 100 | Atlanta, GA 30346 | | |
| 6:25-bk-06768-GER | Jack Flechner | 13131 South 19th Street | Fort Lauderdale, FL 33325 | | | |
| 6:25-bk-06768-GER | KeyBank Real Estate Capital | 11501 Outlook Street | Suite 300 | Overland Park, KS 66211 | | |
| 6:25-bk-06768-GER | Lake Buena Vista Investments, LLC | 1900 N. Commerce Pkwy. | Weston, FL 33326 | | | |
| 6:25-bk-06768-GER | Morgan L. Swing, Esq. | Duane Morris LLP | 201 S. Biscayne Blvd., Suite 3400 | Miami, FL 33131 | | Served via CMECF |
| 6:25-bk-06768-GER | Orange County Clerk of Courts | 425 N Orange Ave | Orlando, FL 32801 | | | |
| 6:25-bk-06768-GER | Orange County Tax Collector | 6050 Wooden Pine Dr | Suite 100 | Orlando, FL 32829 | | |
| 6:25-bk-06768-GER | Orange County Utilities | 9150 Curry Ford Road | Orlando, FL 32825-7600 | | | |
| 6:25-bk-06768-GER | Pangea Mortgage Capital, LLC | 100 N Riverside Plaza | Suite 1800 | Chicago, IL 60601 | | |
| 6:25-bk-06768-GER | Phillip M. Hudson III | Duane Morris LLP | 201 S. Biscayne Blvd., Suite 3400 | Miami, FL 33131 | | Duplicate |
| 6:25-bk-06768-GER | Phillip M. Hudson III, Esq. | Duane Morris LLP | 201 S. Biscayne Blvd., Suite 3400 | Miami, FL 33131 | | Duplicate |
| 6:25-bk-06768-GER | TECO | P.O. Box 31318 | Tampa, FL 3361-3318 | | | |
| 6:25-bk-06768-GER | Twin Peaks, LLC | 12353 Winter Garden Vineland Road | Orlando, FL 32836 | | | |
| 6:25-bk-06768-GER | U.S Securities & Exchange Commission | 950 E Paces Ferry Road NE | Suite 900 | Atlanta, GA 30326 | | |
| 6:25-bk-06768-GER | United States Trustee - ORL | Office of the United States Trustee | George C Young Federal Building | 400 West Washington Street, Suite 1100 | Orlando, FL 32801 | Served via CM/ECF |
| 6:25-bk-06768-GER | US Attorney Office | Attn: Civil Process Clerk | 400 W Washington Street | Suite 3100 | Orlando, FL 32801 | Served via CM/ECF |
| 6:25-bk-06768-GER | William James Evans | 3306 Westshore Drive | Cumming, Georgia 30041 | | | |
| 6:25-bk-06768-GER | Wilmington Trust, NA as Trustee | 1100 North Market Street | Wilmington, DE 19890 | | | |
| 6:25-bk-06768-GER | Wilmington Trust, NA as Trustee | 180 E Broad Street | Columbus, OH 43215 | | | |
| 6:25-bk-06768-GER | Wilmington Trust, National Association, as T | | | | | Incomplete Address |