UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:

                                   Case No. 6:25-bk-06768-GER

Lake Buena Vista Investments, LLC

                                   Chapter 11

      Debtor.
_____/

## **NOTICE OF FILING OF UPDATED BUDGET**

Lake Buena Vista Investments, LLC, by through and undersigned counsel, hereby files the following document:

- *Updated Budget covering the period from July through September 2026*

Dated: May 13, 2026

                                   Respectfully submitted,

                                   Wernick Law, PLLC
                                   *Counsel for the Debtor*
                                   2255 Glades Road, Suite 324A
                                   Boca Raton, Florida 33431
                                   (561)961-0922

                                   By: /s/ *Aaron A. Wernick*
                                   Aaron A. Wernick, Esq.
                                   Florida Bar No. 14059

**Lake Buena Vista Investments**

| 3rd Quarter 2026 Budget | July | Aug | Sept | 3rd Quarter |
|---|---|---|---|---|
| STATISTICS | 31 | 31 | 30 | 92 |
| Rev. Occupancy % | 79.04% | 66.40% | 70.38% | 71.96% |
| Average Room Rate | $ 98.00 | $ 86.00 | $ 75.00 | $ 86.93 |
| REVPAR $ | $ 77.46 | $ 57.10 | $ 52.78 | $ 62.55 |
| Occupied Rooms | 3994 | 3355 | 3441 | 10791 |
| Rooms Available | 5053 | 5053 | 4890 | 14996 |
| REVENUE | - | - | - | |
| Rooms | 391,424 | 288,535 | 258,107 | 938,066 |
| Market Revenue | 3,500 | 3,500 | 3,500 | 10,500 |
| Other Revenue | 5,458 | 5,458 | 5,458 | 16,375 |
| Destination Fee | 27,959 | 23,485 | 24,090 | 75,534 |
| Parking Revenue | 35,947 | 30,196 | 30,973 | 97,115 |
| TOTAL GROSS REVENUE | 464,289 | 351,175 | 322,128 | 1,137,591 |
| | | | | |
| DEPARTMENT EXPENSE | | | | |
| Rooms Department | 112,951 | 101,963 | 102,705 | 317,619 |
| Telephone Department | 2,266 | 2,170 | 2,183 | 6,619 |
| Market Cost | 1,575 | 1,575 | 1,575 | 4,725 |
| Other Departments | 500 | 500 | 500 | 1,500 |
| TOTAL DEPARTMENT EXPENSE | 116,792 | 105,708 | 106,463 | 328,963 |
| | - | - | - | |
| TOTAL DEPARTMENTAL INCOME | 347,496 | 245,467 | 215,665 | 808,628 |
| | - | - | - | |
| Administration & General | 33,512 | 29,722 | 28,749 | 91,983 |
| Advertising & Sales | 33,467 | 29,814 | 28,734 | 92,015 |
| Repairs & Maintenance | 21,928 | 21,928 | 21,928 | 65,785 |
| Utilities | 18,772 | 15,769 | 16,175 | 50,716 |
| Franchise Fees | 31,314 | 23,083 | 20,649 | 75,045 |
| | - | - | - | |
| TOTAL OPERATING EXPENSE | 138,993 | 120,316 | 116,235 | 375,544 |
| | - | - | - | |
| GROSS OPERATING PROFIT | 208,503 | 125,150 | 99,430 | 433,084 |
| House Profit % of Rev. | 44.9% | 35.6% | 30.9% | 38.07% |
| Management Fee | 11,607 | 8,779 | 8,053 | 28,440 |
| | - | - | - | |
| INCOME BEFORE FIXED | 196,896 | 116,371 | 91,377 | 404,644 |
| Flow Thru % of Rev | 42.4% | 33.1% | 28.4% | 35.57% |
| Insurance | 29,000.00 | 29,000.00 | 29,000.00 | 87,000.00 |
| Taxes | 32,000.00 | 32,000.00 | 32,000.00 | 96,000.00 |
| TOTAL FIXED CHARGES | 61,000 | 61,000 | 61,000 | 183,000 |
| | - | - | - | |
| EBITDA | 135,896 | 55,371 | 30,377 | 221,644 |
| | 29.3% | 15.8% | 9.4% | 19.48% |
| Interest Exp. | 108,000 | 108,000 | 108,000 | 324,000 |
| Principal Exp | - | - | - | - |
| Total Interest | 108,000 | 108,000 | 108,000 | 324,000 |
| Depreciation - Building | | | | |
| Depreciation - Furn/Fix | | | | - |
| Amortization | | | | - |
| Depreciation - Vehicles | - | - | - | - |
| Amort - Loan Fee | - | - | - | - |
| Amort. - Organization | - | - | - | - |
| Amort - Preopening | - | - | - | - |
| Franchise Costs | - | - | - | - |
| Total Deprec. & Amort. | - | - | - | - |
| FF&E Reserve | 18,572 | 14,047 | 12,885 | 45,504 |
| Property Taxe | | | | - |
| Restaurant Bldg Utilities | 1,500 | 1,500 | 1,500 | 4,500 |
| Twin Peaks Rental Income | | | | - |
| Professional Fee | 60,000 | 60,000 | 60,000 | 180,000 |
| Lease Expense | 1,100 | 1,100 | 1,100 | 3,300 |
| Total Other Expenses | 81,172 | 76,647 | 75,485 | 233,304 |
| | - | - | - | - |
| Net Income (Loss) | (53,275) | (129,276) | (153,108) | (335,659) |